# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>         Plaintiff,<br><br>   v.<br><br>SAY'S INVESTMENT, LLC; and<br>FUTURA BUS NET, INC.,<br><br>         Defendants. | Case No.: CV 19-6088-DMG (ASx)<br><br>**JUDGMENT** |

This Court having granted Plaintiff Brian Whitaker's Motion to Enforce Settlement Agreement by Order filed on October 22, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Futura Bus Net, Inc. in the amount of $2,500.

DATED: October 22, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE